# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MARSHA DAVIS,

    Plaintiff,

v.                                                                                         Case No. 17-12113

WAYNE COUNTY, et al.,

    Defendants.

_____/

## ORDER EXTENDING DEADLINES AND PERMITTING TARGETED DISCOVERY

The parties in this case have requested a second extension of their scheduled discovery and dispositive motion deadlines. The court held a telephone conference with counsel on April 30, 2018 to discuss the requested schedule modifications, and it called on the parties to submit a memorandum to the court setting forth reasonable dates for the completion of targeted discovery. Before the court is the parties' memorandum; the court finds the suggested dates reasonable and will adopt them.

The court notes that the parties dispute whether Plaintiff should be able to take the deposition of a fourth identified individual, Sheriff Napoleon. The parties are in apparent agreement, however, that the final decision as to Sheriff Napoleon's deposition should be made after the three agreed depositions are completed. In the event that Plaintiff still believes that Sheriff Napoleon's deposition is necessary, Plaintiff may file a motion to compel the deposition no later than May 25, 2018. The court anticipates, however, the possibility of deposition by agreement if Defendants decide that Sheriff Napoleon's deposition is warranted. Accordingly,

IT IS ORDERED that Plaintiff has until **June 8, 2018** to complete the depositions of Undersheriff Daniel Pfannes, Deputy Chief Tonya Guy, and Sergeant Karkaba.

IT IS FURTHER ORDERED that Defendants respond to Plaintiff's outstanding discovery requests no later than **June 8, 2018**.

IT IS FURTHER ORDERED that the dispositive motion deadline is reset for **July 23, 2018**.

IT IS FURTHER ORDERED that any optional motion to compel the deposition of Sheriff Napoleon be filed no later than **May 25, 2018**.

                                                          s/Robert H. Cleland
                                                          ROBERT H. CLELAND
                                                          UNITED STATES DISTRICT JUDGE

Dated: May 15, 2018

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, May 15, 2018, by electronic and/or ordinary mail.

                                                          s/Lisa Wagner
                                                          Case Manager and Deputy Clerk
                                                          (810) 292-6522

S:\Cleland\KNP\Civil\17-12113.DAVIS.Extend.Deadlines.KNP.docx